IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK ROTA | : | CIVIL ACTION |
| v. | : | |
| KENNETH P. CAMERON, et al. | : | NO. 09-5042 |

ORDER

AND NOW, this 16th day of June, 2010, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (Docket No. 1), and after review of the Report and Recommendation of Magistrate Judge Linda K. Caracappa, and the petitioner's objection to the Report and Recommendation, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The objections are OVERRULED.

3. The Petition for Writ of Habeas Corpus is DENIED with prejudice.

4. There is no probable cause to issue a certificate of appealability.

5. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.